UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jeremy Kim Evans, | Case No. 25-cv-3169 (JMB/DJF) |
| Plaintiff, | |
| v. | **ORDER** |
| Wells Fargo Bank, NA, | |
| Defendant. | |

This matter is before the Court on Plaintiff Jeremy Kim Evans's self-styled *Motion to Accept Filing and Temporarily Defer Filing Fee Pending Release of Exempt Funds in Profinium v. Evans, 46-CV-19-1202* ("Motion") (ECF No. 7). Plaintiff initiated this lawsuit in Minnesota state court, and Defendant subsequently removed the matter to this Court. (ECF No. 1 at 1.) The Motion asks the Court to accept Plaintiff's Amended Complaint (ECF No. 6) and to allow Plaintiff to pay any filing fee owed until "seven (7) business days after entry of an order in PROFINIUM v. EVANS, 46-CV-19-1202 (Brown County, Minnesota)." (ECF No. 7 at 1.)

Plaintiff does not need to seek the Court's leave to file his Amended Complaint. Under Rule 15(a)(1)(B) of the Federal Rules of Civil Procedure, "a party may amend its pleadings once as a matter of course no later than … 21 days after service of a responsive pleading." Plaintiff has not previously sought to amend his Complaint, and Defendant has yet to serve a responsive pleading. Therefore, Plaintiff's Amended Complaint (ECF No. 6) shall serve as the operative pleading in this action.

Because Plaintiff has filed an Amended Complaint, Defendant must answer or respond to it by **November 24, 2025**. *See* Fed. R. Civ. P. 15(a)(3). Furthermore, the deadlines set for Defendant to respond to the original Complaint and for Plaintiff to apply for default are **STRICKEN**. (*See*

ECF No. 5, setting deadlines.)

Finally, Plaintiff is mistaken about filing fees owed. Defendant paid this action's filing fee upon removal, and no additional filing fee is owed in connection with the Amended Complaint. The Court therefore **DENIES** Plaintiff's request as moot.

**IT IS SO ORDERED**.

Dated: November 12, 2025              *s/ Dulce J. Foster*
                                      Dulce J. Foster
                                      United States Magistrate Judge